No. 512. ROBERTS ET AL. *v.* STELL ET AL. C. A. 5th Cir. Certiorari denied. *Charles J. Bloch* for petitioners. Statements as *amici curiae,* in support of the petition, were filed by the Attorneys General for their respective States as follows: *Richmond M. Flowers* of Alabama, *Bruce Bennett* of Arkansas, *Jack P. F. Gremillion* of Louisiana, *Joseph T. Patterson* of Mississippi, *Wade Bruton* of North Carolina, *Daniel R. McLeod* of South Carolina, and *Robert Y. Button* of Virginia.

No. 518. STERLING ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Samuel Bassett* and *John F. Dore* for petitioners. *Solicitor General Cox* for the United States.

No. 519. DOWERY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Thad B. Eubanks* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Mausack* for the United States.

No. 522. AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, ET AL. *v.* AAXICO AIRLINES, INC.; and

No. 558. AAXICO AIRLINES, INC. *v.* AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, ET AL. C. A. 5th Cir. Certiorari denied. *Charles J. Morris* and *Maury Maverick, Jr.,* for petitioners in No. 522 and respondents in No. 558. *John D. Wheeler* for petitioner in No. 558 and respondent in No. 522. Reported below: 331 F. 2d 433.

No. 596. KONIGSBERG *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Michael A. Querques* and *Daniel E. Isles* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Mausack* for the United States.